```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08725
    STEPHEN C HALL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-2661


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/12/2007 and was not confirmed.

     The case was dismissed without confirmation 09/27/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED       5367.10           .00           .00
BENEFICIAL                 UNSECURED       8613.12           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       1945.95           .00           .00
ROUNDUP FUNDING LLC        UNSECURED        924.58           .00           .00
ROUNDUP FUNDING LLC        UNSECURED       3819.02           .00           .00
METROPOLITAN BANK & TRUS   SECURED       100000.00           .00        3865.51
METROPOLITAN BANK & TRUS   UNSECURED     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        3320.40           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY      NOT FILED           .00           .00
CITIFINANCIAL              UNSECURED     NOT FILED           .00           .00
CHASE                      UNSECURED     NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED     NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED     NOT FILED           .00           .00
ASPEN NATIONAL COLLECTIO   UNSECURED     NOT FILED           .00           .00
TNB TARGET                 UNSECURED     NOT FILED           .00           .00
DEPENDON COLLECTION SE     UNSECURED     NOT FILED           .00           .00
FEDERATED RETAIL           UNSECURED     NOT FILED           .00           .00
CAPITAL ONE                UNSECURED     NOT FILED           .00           .00
BENEFICIAL HFC             UNSECURED     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       5608.51           .00           .00
ROBERT HABIB               DEBTOR ATTY        .00                          .00
TOM VAUGHN                 TRUSTEE                                      286.49
DEBTOR REFUND              REFUND                                          .00


        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             4,152.00

PRIORITY                                       .00
SECURED                                    3,865.51
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                        286.49

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08725 STEPHEN C HALL
```

```
DEBTOR REFUND                                                          .00
                                        ---------------    ---------------
TOTALS                                         4,152.00           4,152.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE